# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **KAYLA DREVENAK,** as Next Friend of minor M.J. and on behalf of the estate of Amir Johnson, decedent,<br><br>     **Plaintiff,**<br><br>     v.<br><br>**THE CITY OF VENTNOR CITY, NEW JERSEY et al.,**<br><br>     **Defendants.** | Civil No. 22-4917 (RMB/SAK)<br><br>(Lead case) |
| **AMAALA MEDINA-JOHNSON,** individually and as proposed Administratrix of the Estate of AMMIR JOHNSON, deceased,<br><br>     **Plaintiff,**<br><br>     v.<br><br>**VENTNOR CITY POLICE DEPARTMENT et al.,**<br><br>     **Defendants.** | Civil No. 22-7552 (RMB/SAK) |

### ORDER ADMINISTRATIVELY TERMINATING ACTION

In light of the Stipulation and Consent Order [ECF No. 26] compelling the New Jersey Office of Attorney General to provide a response to Defendants' subpoena *duces tecum* seeking investigative materials related to the death of Amir Johnson and staying discovery pending receipt of said investigative materials; and for good cause appearing;

**IT IS** this **28th** day of **August**, **2023**, hereby

**ORDERED** that this action is **ADMINISTRATIVELY TERMINATED** pending receipt of the investigative materials from the Office of the Attorney General; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that defense counsel shall file a joint status report every thirty (30) days beginning on **September 28, 2023**; and it is further

**ORDERED** that defense counsel shall otherwise notify the Court within five (5) days of receipt of the investigative materials; and it is further

**ORDERED** that the case will be reopened upon Defendants' receipt of the investigative materials from the Office of the Attorney General.

                                                s/ Sharon A. King
                                                SHARON A. KING
                                                United States Magistrate Judge

cc:  Hon. Renée Marie Bumb, Chief Judge