# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **+
JEFFREY P. SARVAS

GREG DiLORENZO
ADAM E. BARKER

*Burlington County Office:*
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
*By Appointment Only*

* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA
+ ASSOCIATION OF WORKPLACE INVESTIGATORS – CERTIFICATE HOLDER

Website: www.barkerlawfirm.net
e-mail: AMBarker@BarkerLawFirm.net

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

February 7, 2025

**VIA ECF**
Hon. Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 5C
Camden, NJ 08101

  Re: Kayla Drevenak, as Next Friend of minor M.J. and on behalf of the Estate of Amir Johnson, Decedent v. The City of Ventnor City, New Jersey, Michael Arena, Pierluigi Mancuso, Robert Scarborough and John Doe Officers 1-10
District Court Case No: 1:22-cv-04917-RMB-SAK &
(Consolidated June 21, 2023) 1:22-cv-07552-RMB-SAK
Amaala Medina-Johnson, Individually and as proposed Administratrix of the Estate of Ammir Johnson, deceased v. City of Ventnor; Ventnor City Police Department; and Doe Officers 1-5, Individually
Qual-Lynx Claim No.: 2021211619
Our File Number: 47620-199

Dear Judge King:

  Our office represents the Defendant City of Ventnor in the above-referenced matters. A Settlement Conference is scheduled for February 11, 2025. Currently, Defendants do not have any authority to settle the case. Defendants' settlement position has been made based on discovery and motion practice that

Page 2
February 7, 2025

has occurred since the time the parties agreed to the Settlement Conference. Defendants do not feel that a Settlement Conference at this time will be productive.

We have requested consent from our adversaries to adjourn the Conference. Counsel for Plaintiff Drevenak does not object to the adjournment of the Conference so long as Plaintiffs have an additional 60 days to designate all expert witnesses since the parties initially agreed to attend the Settlement Conference to avoid incurring additional expenses. Defendants do not object to Plaintiff's request. We have not heard back from Plaintiff Medina-Johnson.

We apologize for any inconvenience and appreciate your attention to this matter.

      Very truly yours,

      **BARKER, GELFAND, JAMES & SARVAS**
      **a Professional Corporation**


      By   /s/ *A. Michael Barker*
          A. Michael Barker, Esquire


Cc:    Tom Reynolds, Esq.
      treynolds_rhlaw@comcast.net

      Raymond L. Hamlin, Esq.
      Ray.hamlin@hunhamlinridley.com

      Daryl K. Washington, Esq.
      dwashington@dwashlawfirm.com

      Sheryl R. Wood, Esq.
      sw@thewoodlawfirm.com

      Ejike N. Uzor, Esq.
      ejuzor1@gmail.com

      William Igbokwe, Esq.
      will@iwlaws.com